**EXHIBIT A**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
-----------------------------------------------------------X

ALLISON M. DANIEL,

                               Plaintiffs,

-against-

JETBLUE AIRWAYS CORPORATION,

                               Defendant.

-----------------------------------------------------------X

Index No.: 11040/25

**AMENDED VERIFIED
COMPLAINT**

    Plaintiff, **ALLISON M. DANIEL,** complaining of the defendants, **JETBLUE AIRWAYS CORPORATION,** by her attorneys, **BUCKHEIT PARTNERS LLP,** alleges upon information and belief as follows:

    1.    That the plaintiff, **ALLISON M. DANIEL,** at all relevant times, is a resident of the County of Orange and the State of New York, residing at 550 Temple Hill Road, New Windsor, New York 12553.

    2.    That, upon information and belief, the defendant, **JETBLUE AIRWAYS CORPORATION,** is a foreign business corporation, registered with the State of New York, or other business entity, conducting business within and otherwise subject to the jurisdiction of the Courts of the State of New York.

    3.    That, upon information and belief, the defendant, **JETBLUE AIRWAYS CORPORATION,** maintains an office for the conduct of business at 27-01 Queens Plaza North Long Island City, New York, 11101.

4. That, upon information and belief, at all relevant times herein, the defendant, **JETBLUE AIRWAYS CORPORATION,** was engaged in the business of operating a passenger airline service.

5. That, upon information and belief, at all relevant times herein, the defendant, **JETBLUE AIRWAYS CORPORATION,** and/or its employees, agents and/or servants owned and/or leased airplanes used to provide passenger airline service.

6. That, upon information and belief, at all relevant times herein, the defendant, **JETBLUE AIRWAYS CORPORATION,** and its employees, agents and/or servants maintained, controlled, operated and piloted airplanes used to provide passenger airline service.

### AS AND FOR A FIRST CAUSE OF ACTION

7. That, upon information and belief, on January 14, 2024, the plaintiff, **ALLISON M. DANIEL,** was a lawful passenger on an airplane, identified as JetBlue Flight #662, located at Grantley Adams International Airport for a flight with a destination of John F. Kennedy International Airport.

8. That, upon information and belief, on January 14, 2024, the defendant, **JETBLUE AIRWAYS CORPORATION,** and/or its employees, agents and/or servants owned and/or leased, maintained, controlled, operated and piloted the afore-mentioned airplane, identified as JetBlue Flight #662, on which the plaintiff, **ALLISON M. DANIEL,** was a passenger.

9. That, upon information and belief, on January 14, 2024, the defendant, **JETBLUE AIRWAYS CORPORATION** and/or its employees, agents and/or servants exercised complete and exclusive control over the afore-mentioned airplane, identified as JetBlue Flight #662, on which the plaintiff, **ALLISON M. DANIEL,** was a passenger.

10. That, on the aforesaid date and time, the defendants, **JETBLUE AIRWAYS CORPORATION** and **ABC CORP**, their employees, agents and/or servants, owed a duty of care to ensure for the safety of those lawfully present upon the afore-mentioned airplane, identified as JetBlue Flight #662, on which the plaintiff, **ALLISON M. DANIEL**, was a passenger.

11. That, on the aforesaid date and time, the defendant, **JETBLUE AIRWAYS CORPORATION** and/or its employees, agents and/or servants, were responsible for maintaining the afore-mentioned airplane, identified as JetBlue Flight #662, on which the plaintiff, **ALLISON M. DANIEL**, was a passenger, in a safe and proper condition.

12. That, on the aforesaid date and time, the defendant, **JETBLUE AIRWAYS CORPORATION** and/or its employees, agents and/or servants, were responsible for operating and piloting the afore-mentioned airplane, identified as JetBlue Flight #662, on which the plaintiff, **ALLISON M. DANIEL**, was a passenger, in a safe and proper manner.

13. That, on the aforesaid date and time, the defendant, **JETBLUE AIRWAYS CORPORATION** and/or its employees, agents and/or servants, breached their duty of care to properly and safely maintain, operate and control the afore-mentioned JetBlue Flight #662 airplane, on which the plaintiff, **ALLISON M. DANIEL**, was a passenger, and an unsafe condition existed consisting of a malfunctioning and/or improperly loaded overhead luggage compartment.

14. That, on the aforesaid date and time, the defendant, **JETBLUE AIRWAYS CORPORATION** and/or its employees, agents and/or servants, breached their duty of care to properly and safely maintain, operate and control the afore-mentioned JetBlue Flight #662 airplane, on which the plaintiff, **ALLISON M. DANIEL**, was a passenger, and an object fell from an overhead luggage compartment striking the plaintiff, **ALLISON M. DANIEL**.

15. That, on the aforesaid date and time, as a direct and proximate result of the aforementioned object falling from an overhead luggage compartment and striking the plaintiff, **ALLISON M. DANIEL**, the plaintiff was caused to sustain serious personal injuries, and other consequential damages.

16. That plaintiff's damages were caused solely by the negligence, carelessness, and recklessness of defendant, **JETBLUE AIRWAYS CORPORATION** and/or its employees, agents and/or servants, in their ownership and/or leasing, maintenance, control, operation and piloting of the afore-mentioned airplane, identified as JetBlue Flight #662, on which the plaintiff, **ALLISON M. DANIEL**, was a passenger, in failing to performed proper maintenance upon the afore-mentioned airplane, in failing to have proper safety equipment and locks for the overhead luggage compartments in the-mentioned airplane, in failing to comply with industry safety standards for ownership and/or leasing, maintenance, control, operation and piloting of the afore-mentioned airplane; in failing to make proper and necessary inspections, which would have disclosed any dangerous and defective conditions in the airplane, in failing to properly direct the loading of the overhead luggage compartments; in failing to properly inspect the overhead luggage compartments, in failing to adequately train their employees; in failing to supervise their employees; and in failing to exercise the degree of care and caution that a reasonable and prudent person would have exercised under the conditions then and there existing; and in allowing said unsafe condition to exist, without any acts of the plaintiff, **ALLISON M. DANIEL**, contributing thereto.

17. That, upon information and belief, the defendant, **JETBLUE AIRWAYS CORPORATION** and/or its employees, agents and/or servants had actual notice of the aforesaid dangerous and defective condition existing thereat by virtue of their agents, servants and/or employees having created it.

18. That, upon information and belief, the defendant, **JETBLUE AIRWAYS CORPORATION** and/or its employees, agents and/or servants, had both actual and constructive notice of the aforesaid dangerous and defective conditions existing thereat, and the same existed for a long and unreasonable length of time.

19. That, as a direct and consequential result of the afore-mentioned, the plaintiff, **ALLISON M. DANIEL,** was caused to sustain damages in the amount of a sum to be determined.

**WHEREFORE**, the plaintiff, **ALLISON M. DANIEL**, demands judgment against the defendant, **JETBLUE AIRWAYS CORPORATION,** in the sum of an amount to be determined; together with the costs and disbursement of this action, along with such other and further relief as the Court deems just and proper

Dated: Warwick, New York
November 5, 2025

John L. Buckheit, Esq.
**BUCKHEIT PARTNERS, LLP**
Attorney for plaintiffs
**ALLISON M. DANIEL**
20 Spring Street, Suite 1
Warwick, New York 10990
Tel.: (845) 357-0265 / Fax (866) 506-4025

TO:

**JETBLUE AIRWAYS CORPORATION**
27-01 Queens Plaza North
Long Island City, New York, 11101

## Verification

STATE OF NEW YORK )
) ss:
COUNTY OF ORANGE )

The undersigned, **ALLISON M. DANIEL**, the plaintiff named above, in the instant action, hereby deposes and says under penalties of perjury that she is fully familiar with all of the facts in connection herewith; and has read and understands the foregoing Amended Complaint, dated November 5, 2025, and knows the contents thereof to be true; such are true to plaintiff's own knowledge except as to matters alleged upon information and belief; and as to those matters, plaintiff believes them to be true.

_____
ALLISON M. DANIEL

Sworn to before me this
5th day of November 2025

_____
John L. Buckheit
Notary Public of the State of New York
No.: 02BU5044290
Qualified in Orange County
Commission Expires May 30, 2027

1

Orange County Index No.: 1140/25

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE

ALLISON M. DANIEL,

                              Plaintiff,

-against-

JETBLUE AIRWAYS CORPORATION,

                              Defendant.

" AMENDED COMPLAINT "

BUCKHEIT PARTNERS LLP
Attorneys for Plaintiff
**ALLISON M. DANIEL**
20 Spring Street, Suite 1
Warwick, New York 10990
Tel: (845) 357-0265 / Fax (866) 506-4025